### JONES v. MYERS et al.

(Court of Civil Appeals of Texas. Dallas. April 4, 1914.)

DAMAGES (§ 228*)—HARMLESS ERROR—ADMISSION OF EVIDENCE.

Any error in admitting testimony and refusing charges as to an item of $21.50 were harmless, where such item was remitted by appellee.

[Ed. Note.—For other cases, see Damages, Cent. Dig. §§ 576–579; Dec. Dig. § 228.*]

Appeal from Van Zandt County Court; C. L. Stanford, Judge.

Action by Fletcher Jones against Elijah and Sam Myers. From a judgment for defendants, plaintiff appeals. Affirmed.

T. R. Yantis, of Canton, for appellant. L. Davidson and M. G. Sanders, both of Canton, for appellees.

RAINEY, C. J. Suit by appellant against appellees to recover on a promissory note and to foreclose a mortgage. Appellees plead payment of the note, and, in addition, $21.50 over and above the amount of the note. A trial resulted in a judgment in favor of appellees for $21.50, which was remitted, and appellant prosecutes this appeal.

Two of appellant's assignments relate to the court's action in admitting testimony and refusing a special charge, which pertains to the item of $21.50. As that amount was remitted by appellant, the assignments are without merit. The other assignments complain of the sufficiency of the evidence to support the judgment.

The evidence shows that the note was paid off and discharged.

There is no error in the judgment, and it is affirmed.